1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11     UNITED STATES OF AMERICA,          )     Case No: 1:18-cr-00206 DAD
                                          )
12                    Plaintiff,          )     **ORDER APPOINTING COUNSEL**
                                          )
13            vs.                         )
                                          )
14     PABLO MARIN,                       )
                                          )
15                    Defendant.          )
                                          )
16

17            The defendant has attested to his financial inability to employ counsel and wishes the

18     Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

19     Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court

20     **ORDERS**:

21            1.      Alekxia Torres is APPOINTED to represent the above defendant in this case

22     effective *nunc pro tunc* to August 7, 2020. This appointment shall remain in effect until further

23     order of this court.

24

25     IT IS SO ORDERED.

26         Dated:    **August 12, 2020**                    **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE
27

28