1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   PABLO JESUS MARIN

7              UNITED STATES DISTRICT COURT
8           FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,        Case No. 18-CR-00206 DAD
11 |       Plaintiff,
12 |    v.                            STIPULATION AND ORDER TO
   |                                  CONTINUE SENTENCING HEARING
13 | PABLO JESUS MARIN ,
14 |       Defendants.
15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.
17 DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:
18     **COMES NOW** Defendant, PABLO JESUS MARIN, by and through his attorney of
19 record, ALEXKIA TORRES STALLINGS hereby requesting that the sentencing hearing
20 currently set for Tuesday, October 6, 2020 be continued to October 27, 2020.
21     Counsel is requesting a continuance in order complete the sentencing memorandum. I
22 have been in a jury trial since September 15, 2020 and anticipate completing trial no later than
23 Wednesday, September 30, 2020. On September 25, 2020, I read and reviewed the Presentencing
24 Investigation Report that was sent and it does not reflect what was discussed between myself and
25 USPO Fausto. I intend on filing an informal objection to the PSI. Additionally, on October 1,
26 2020, I have a Zoom meeting scheduled with my client to discuss these matters. I have spoken to
27 AUSA Karen Escobar and she has no objection to the continuance.
28

1

**IT IS SO STIPULATED.**

DATED: September 27, 2020

Respectfully Submitted,
*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
PABLO JESUS MARIN

DATED: September 27, 2020

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

# ORDER

Pursuant to the stipulation of the parties, the sentencing hearing set for October 6, 2020, will be continued to October 26, 2020 at 10:00am in Courtroom 5.

IT IS SO ORDERED.

Dated: **September 29, 2020**

UNITED STATES DISTRICT JUDGE

2