HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00206-DAD |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| PABLO JESUS MARIN, | |
| Defendant, | |

Defendant, Pablo Jesus Marin, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Mr. Marin submits the attached Financial Affidavit as evidence of his inability to retain counsel. On January 28, 2021, a Petition for Violation of Supervised Release was filed and an initial appearance is scheduled on February 4, 2021. In his underlying case, this Court appointed counsel for Mr. Marin, and his case was assigned to CJA Attorney Alekxia L. Torres Stallings.

After reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Alekxia L. Torres Stalling be promptly appointed *nunc pro tunc* as of January 28, 2021 to represent Mr. Marin on his pending violation petition.

DATED: February 1, 2021        */s/ Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **February 1, 2021**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE