ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
PABLO JOSE MARIN

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00206-DAD |
| Plaintiff, | |
| v. | ORDER FOR CONDITIONS OF RELEASE |
| PABLO JOSE MARIN, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE SHEILA K. OBERTO AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**THE COURT ORDERS** the defendant, PABLO JOSE MARIN, to remain out of custody on his own recognizances with the added travel restriction:

Travel restrictions to include travel to the Eastern District of California for in Court appearances ONLY when Court resumes in Court appearances. Prior to that time, travel is restricted to the Northern District of California.

IT IS SO ORDERED.

Dated:   **February 8, 2021**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

1