**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
PABLO JESUS MARIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>PABLO JESUS MARIN,<br><br>        Defendant | Case No.: 1:18-cr-00206 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE MAGISTRATE JUDGE BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Pablo Jesus Marin, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the status conference hearing currently set for, Wednesday March 17, 2021 be continued to Friday April 30, 2021.

There are several remaining issues which counsel must investigate. In addition, time is needed to negotiate a plea agreement. This investigation is ongoing, though has been hampered by the COVID-19 pandemic and attendant restrictions on travel and meeting in person.  Counsel for the defendant believe that a failure to grant the requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due

1 diligence. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the
2 status conference hearing.

3     The parties also agree the delays resulting from the continuance shall be excluded in the
4 interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1), and that the ends of
5 justice served by continuing the case as requested outweigh the interest of the public and the
6 defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose
7 of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
8 commence, the time period of June 15, 2020 to September 21, 2020, inclusive, is deemed
9 excludable.

10     **IT IS SO STIPULATED.**

11     Respectfully Submitted,

12 DATED: 3/16/2021    ***/s/ Alekxia Torres Stallings***
13     ALEKXIA TORRES STALLINGS
    Attorney for Defendant
14     Pablo Jesus Marin

15

16 DATED: 3/16/2021    ***/s/Karen Escobar***
    KAREN ESCOBAR
17     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference hearing be continued to Friday, April 30, 2021, at 2:00 pm before Magistrate Judge Barbara A. McAuliffe.

Delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1), because the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2020 to September 21, 2020, inclusive, is deemed excludable.

IT IS SO ORDERED.

Dated: __March 17, 2021__                        /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue Sentencing
3