PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-206-DAD |
| Plaintiff, | STIPULATION TO CONTINUE; ORDER |
| v. | DATE: July 1, 2021 |
| PABLO JESUS MARIN, | TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on July 1, 2021.

2. By this stipulation, defendants now move to continue the status conference until August 26, 2021

3. The parties agree and stipulate to the following:

    a) Counsel for defendant desires additional time to review discovery, conduct further investigation, and discuss potential resolution.

    b) Counsel for defendant is also currently in trial.

    c) The government does not object to the continuance.

    d) The probation officer is available on the proposed new date.

////

////

STIPULATION AND PROPOSED ORDER

1

IT IS SO STIPULATED.

Dated:  June 28, 2021                                    PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                         /s/ KAREN A. ESCOBAR
                                                         KAREN A. ESCOBAR
                                                         Assistant United States Attorney

Dated:  June 28, 2021                                    /s/ Alekxia Torres Stallings
                                                         ALEKXIA TORRES STALLINGS
                                                         Counsel for Defendant
                                                         PABLO JESUS MARIN

**ORDER**

IT IS SO ORDERED that the status conference currently set for 7/1/2021 to **August 26, 2021 at 2 pm before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:  **June 29, 2021**                                /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE