PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO JESUS MARIN,<br><br>Defendant. | CASE NO. 1:18-CR-00206-DAD<br><br>STIPULATION TO CONTINUE; AND ORDER<br><br>DATE: October 20, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.  By previous order, this matter was set for status on October 20, 2021.

2.  By this stipulation, defendants now move to continue the status conference until February 23, 2021 at 2 p.m.

3.  The parties agree and stipulate to the following:

    a)  Counsel for defendant has requested until February 23, 2021 to review discovery, conduct further investigation, and discuss potential resolution. Counsel is unavailable prior to that date due to multiple defendant gang and murder trials she has scheduled in state court.

    b)  The government does not object to the continuance.

    c)  The probation officer is available on the proposed new date. However, both the probation officer and the government would oppose further continuances after February 23, 2022.

IT IS SO STIPULATED.

Dated: October 13, 2021               PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      /s/ KAREN A. ESCOBAR
                                      KAREN A. ESCOBAR
                                      Assistant United States Attorney

Dated: October 13, 2021               /s/ Alekxia Torres Stallings
                                      ALEKXIA TORRES STALLINGS
                                      Counsel for Defendant
                                      PABLO JESUS MARIN

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 20, 2021, to **February 23, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **October 13, 2021**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER          2