PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00206-DAD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| PABLO JESUS MARIN, <br> Defendant. | |

United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Pablo Jesus Marin, by and through defendant's counsel of record, Kara Ottervanger, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 6, 2025. ECF 55.

2. By this stipulation, the parties now move to continue the status conference to January 15, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defense counsel needs additional time to discuss the case with the defendant and to discuss potential resolution with the government and probation.

   b) The government does not object to continuing the status conference until January 15, 2025.

///

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

1

4. Accordingly, the parties request that the Court continue the status conference to January 15, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 30, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated:  December 30, 2024 | /s/ KARA OTTERVANGER<br>KARA OTTERVANGER<br>Counsel for Defendant |

## ORDER

IT IS ORDERED that the status conference currently set for January 6, 2025, is hereby continued to **January 15, 2025, at 2:00 p.m**. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **January 2, 2025**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE