PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00206-DAD |
|---|---|
| Plaintiff, | MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; ORDER |
| v. | |
| PABLO JESUS MARIN, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Brittany M. Gunter, Assistant United States Attorney, moves to dismiss without prejudice the Petition for Violation of Supervised Release in the interest of justice. ECF 51.

The Petition charged Pablo Jesus Marin ("the defendant") with a single violation for failure to follow the instructions of the Court. *Id.* at 2. The violation related to the defendant's failure to self-surrender to serve a 12-month sentence for a prior supervised release violation. *Id.* at 2-3.

The government believes that it cannot prove that the defendant violated a term of supervised release for failing to self-surrender, as the prior terms of supervised release had been revoked. ECF 49, 50. Instead, the defendant failed to self-surrender in violation of 18 U.S.C. § 3146 and can, and likely will, be charged for that offense.

The government has spoken with the United States Probation Officer for this case. The Probation Officer indicated he concurs with the dismissal of the Petition.

MOTION TO DISMISS PETITION FOR VIOLATION OF
SUPERVISED RELEASE WITHOUT PREJUDICE; ORDER         1

Accordingly, the government requests that the Court dismiss the Petition and vacate the status conference currently set for January 15, 2025.  Upon dismissal of the Petition, the defendant should be transported to complete his 12-month sentence related to the prior supervised release violation.  ECF 49, 50.

Dated:  January 8, 2025

PHILLIP A. TALBERT
United States Attorney

By:  /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

# O R D E R

Based upon the foregoing Motion to Dismiss filed by the government, the Court ORDERS that:

1. The Petition for Violation of Supervised Release in this case is hereby withdrawn and **DISMISSED** in the interest of justice without prejudice.  ECF 51.
2. The status conference currently set for January 15, 2025, at 2:00 p.m. is hereby **VACATED**.
3. The defendant shall be transported to complete his 12-month sentence related to his prior supervised release violation, as previously ordered.  ECF 49, 50.

IT IS SO ORDERED.

Dated:  **January 9, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE